SKILLED INVESTORS, INC., Plaintiff, v BANK JULIUS BAER & CO., INC., et al., Defendants.

BANK JULIUS BAER & CO., LTD., Respondent, et al., Plaintiff, v MENACHEM IVCHER et al., Defendants, and BARUCH IVCHER et al., Appellants.

Submitted December 7, 2009; decided January 19, 2010

Reported below, 62 AD3d 424 (Case No. 31).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SIGURD A. SORENSON, Appellant, v 257/117 REALTY, LLC, et al., Respondents.

Submitted November 16, 2009; decided January 19, 2010

Reported below, 62 AD3d 618.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JEROME STALLONE, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted December 28, 2009; decided January 19, 2010

Reported below, 65 AD3d 1410.

Motion for reargument of motion for leave to appeal denied [see 13 NY3d 712 (2009)].